IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLIFTON FREEMAN, JR.**
Reg. #22241-009                                                                                                  **PLAINTIFF**

**V.**                                  **No. 5:08CV0069 WRW-BD**

**RICK TONY,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

Plaintiff, a federal inmate, brought a pro se Complaint (docket entry #2) against employees of Jefferson County, Arkansas under 42 U.S.C. § 1983.  He also filed a Motion for Leave to Proceed *In Forma Pauperis* (#1).  The Court denied the Motion for Leave to Proceed *In Forma Pauperis* (#3) because Plaintiff did not file a complete application as required by the Prison Litigation Reform Act, 29 U.S.C. § 1915(a).  In addition, the Court ordered Plaintiff to amend his Complaint to identify specifically the individuals whose unconstitutional conduct gave rise to this lawsuit and to state specifically any injury that he had suffered based on the alleged constitutional violation.  Plaintiff was given thirty days to amend his Complaint.

Plaintiff now has moved to dismiss this action under Federal Rule of Civil Procedure 41(a)(1) (#6).  Plaintiff's motion (#6) is GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE