# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLIFTON FREEMAN, JR.**
Reg. #22241-009                                                                                          **PLAINTIFF**

**V.**                                    No. 5:08CV0069 WRW-BD

**RICK TONY,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, under Federal Rule of Civil Procedure 41(a).

DATED this 15th day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE